# Collins *et al. v.* Garrett.

APPEAL from the Circuit Court of DeKalb.
Tried before the Hon. LEWIS WYETH.

With the exception of the names of the parties, the facts are identical with those in the case of *Collins et al. v. Hammock, ante,* page 448.

M. J. TURNLEY, for appellants.

TAUL BRADFORD, and L. A. DOBBS, for appellee.

MANNING, J.—Affirmed on authority of *Alfred Collins et al. v. William N. Hammock,* at the present term.